# Court of Appeals
# of the State of Georgia

ATLANTA, December 09, 2015

*The Court of Appeals hereby passes the following order*

**A16D0133. IN THE INTEREST OF: J. M., S. G., M. G., T. G., C. M., AND A. M., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

143959 143960 143961 143962 143963 143964



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 09, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*